UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-21401-CIV-MARTINEZ/BANDSTRA

FLUNNI CARMEN McGUIRE,

    Plaintiff,

vs.

MIAMI-DADE COUNTY,

    Defendant.
_____/

**NIGHT BOX FILED**
**DEC 01 2005**
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### DEFENDANT MIAMI-DADE COUNTY'S MOTION FOR SUMMARY JUDGMENT

Defendant, MIAMI-DADE COUNTY ("the County"), pursuant to Fed. R. Civ. P. 56 and Local Rule 7.5, files this Motion for Summary Judgment.

The Plaintiff has filed a three-count Complaint alleging (1) retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"); (2) discrimination in violation of the Americans with Disabilities Act ("ADA"); and (3) discrimination in violation of the Age Discrimination in Employment Act ("ADEA").[1]

The County respectfully submits that there is no genuine issue as to any material fact and that it is entitled to judgment as a matter of law. Summary judgment is warranted for the following reasons:

1. The Plaintiff has not established a *prima facie* case with respect to Count I, her Title VII retaliation claim, because she has not shown that she suffered an adverse employment action.

---

[1] The parties have filed a Stipulation for Dismissal with Prejudice of Count III, the Plaintiff's claim under the ADEA. (D.E. #23)

2. The Plaintiff has not established a *prima facie* case with respect to Count I, her Title VII retaliation claim, because she has not shown that a causal relationship exists between her protected activity and any of the incidents which she contends is an adverse employment action.

3. The Plaintiff has not established a *prima facie* case with respect to Count II, her discrimination claim under the ADA, because she has not shown that she is disabled as defined by the ADA.

4. The Plaintiff has not established a *prima facie* case with respect to Count II, her discrimination claim under the ADA, because she has not shown that she suffered an adverse employment action.

5. The facts in support of the County's Motion for Summary Judgment are set forth in the County's Statement of Material Facts.

6. The legal basis for the County's Motion for Summary Judgment is set forth in more detail in the County's Memorandum in Support of its Motion for Summary Judgment.

WHEREFORE, the County respectfully requests that this Honorable Court grant this Motion and enter summary judgment for the County on all counts of the Complaint.

Respectfully submitted,

MURRAY A. GREENBERG
Miami-Dade County Attorney
111 NW First Street, Suite 2810
Miami, FL 33128

Phone: 305-375-5151
Fax: 305-375-5634
Email: smario@miamidade.gov

By: _____
Scott B. Mario
Assistant County Attorney
Florida Bar No. 0177441

*McGuire v. Miami-Dade County*
*04-21401-CIV-MARTINEZ/BANDSTRA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of December, 2005, to: Leslie Holland, Esq., 801 NE 167th Street, Second Floor, North Miami Beach, FL 33162.

By: _/s/ Scott B. Mario_
Scott B. Mario

3